IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **CLINTON WASHINGTON,**<br><br>                              Plaintiff,<br><br>        v.<br><br>**JAMES YATES, et al.,**<br><br>                              Defendants. | Case No. 07 cv 348 OWW DLB P<br><br>**ORDER** |

The Court finds there is good cause to grant Defendants' request for an extension of time to respond to Plaintiff's complaint.  Accordingly, Defendants shall have forty-five days following service of the Courts's screening order to file and serve a response to the complaint.

**IT IS SO ORDERED.**


IT IS SO ORDERED.

    Dated:   **March 7, 2007**              **/s/ Dennis L. Beck**
3c0hj8                                          UNITED STATES MAGISTRATE JUDGE

[Proposed] Order

1